UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT PARKER,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE BANK (U.S.A.), N.A.,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:18-cv-00156-FJS-CFH<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: September 20, 2018　　　　　　　BY: */s/ Craig Thor Kimmel*
　　　　　　　　　　　　　　　　　　　Craig Thor Kimmel, Esquire
　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　　30 E. Butler Avenue
　　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　　　　　　　Email: kimmel@creditlaw.com
　　　　　　　　　　　　　　　　　　　Attorney for the Plaintiff

## Certificate of Service

I hereby certify that on this 20th day of September, 2018, a true and correct copy of the foregoing pleading served via ECF to the below:

Philip A. Goldstein Esq., Esq.
McGuireWoods LLP
1345 Avenue of the Americas 7th Floor
New York NY 10105
Phone: (212) 548-2167

                                              */s/ Craig Thor Kimmel*
                                              Craig Thor Kimmel, Esquire
                                              Kimmel & Silverman, P.C.
                                              30 E. Butler Avenue
                                              Ambler, PA 19002
                                              Phone: (215) 540-8888
                                              Facsimile: (877) 788-2864
                                              Email: kimmel@creditlaw.com
                                              Attorney for the Plaintiff