## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SCOTT PARKER,** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **Case No.: 1:18-cv-00156-FJS-CFH** |
| **CAPITAL ONE AUTO FINANCE, a** | ) |
| **division of CAPITAL ONE, N.A.,** | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the

dismissal of this action with prejudice and with each party to bear its own fees and costs.


*/s/ Philip A. Goldstein Esq.*

Philip A. Goldstein Esq.
McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York NY 10020
Phone: (212) 548-2167
Email: pagoldstein@mcguirewoods.com
Attorney for the Defendant


Date: December 10, 2018

*/s/ Craig Thor Kimmel*

Craig Thor Kimmel
Kimmel & Silverman, P.C.
1207 Delaware Avenue, Suite 440
Buffalo, NY 14209
Phone: 716-332-6112
Fax: 800-863-1689
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff

Date: December 10, 2018


BY THE COURT:

**December 11, 2018**
**Syracuse, New York**

Senior U.S. District Judge   J.